UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ENLARGED CITY SCHOOL DISTRICT OF
MIDDLETOWN, et al.,

                Plaintiffs,

v.                                                 **ORDER**

PACIFIC EMPLOYERS INSURANCE        No. 22-CV-06391 (PMH)
COMPANY, et al.,

                Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court will not accept the Rule 56.1 Statements that are annexed to the parties' pre-motion letters (Doc. 25-1, Doc. 26-1) for failure to comply with the Court's Individual Practices.

        By October 25, 2023, the parties shall meet and confer and file a single revised joint Rule 56.1 Statement, which includes all parties' statements of fact, any counterstatements of fact, and responses to each statement set forth therein. The revised Rule 56.1 Statement shall be limited to 25 pages and otherwise in compliance with the Court's rules and rules applicable to summary judgment motion practice. *See, e.g., Emanuel v. Gap, Inc., et al.*, 2022 WL 3084317 (S.D.N.Y. Aug. 3, 2022).

        The parties need not re-file their pre-motion letters (Doc. 25, Doc. 26). Responses to the pre-motion letters shall be filed on October 25, 2023 together with the revised joint Rule 56.1 Statement. The case management conference scheduled for October 24, 2023 is adjourned *sine die*.

SO ORDERED:

Dated:   White Plains, New York
             October 11, 2023

                                                            PHILIP M. HALPERN
                                                             United States District Judge