UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ENLARGED CITY SCHOOL DISTRICT OF
MIDDLETOWN, et al.,
                           Plaintiffs,

v.                                             **ORDER**

PACIFIC EMPLOYERS INSURANCE             No. 22-CV-06391 (PMH)
COMPANY, et al.,
                          Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The parties' requests for a pre-motion conference (Doc. 25, Doc. 26) are granted. A pre-motion conference has been scheduled for December 14, 2023 at 12:00 p.m. to be held in Courtroom 520.

      By November 30, 2023, the parties shall meet and confer and file a revised Rule 56.1 Statement which ensures responses to all statements, and that each statement controverting any statement of material fact is followed by citation to evidence which would be admissible. *See* Fed. R. Civ. P. 56(c); Local Civil Rule 56.1.

      The Clerk of Court is respectfully requested to terminate the pending letter-motions (Doc. 25, Doc. 26) and, because the Rule 56.1 Statement was improperly docketed as a motion, to terminate Doc. 32.

SO ORDERED:

Dated:   White Plains, New York
          October 26, 2023

                                                _____
                                                PHILIP M. HALPERN
                                                United States District Judge