# Weg and Myers, P.C.

ATTORNEYS AT LAW

800 WESTCHESTER AVENUE
SUITE N-513
RYE BROOK, NEW YORK
10573

244 FIFTH AVENUE
SUITE J283
NEW YORK, NY 10001

(212) 227-4210

WWW.WEGA[...]

December [...]

> Application granted. The pre-motion conference scheduled for 12/14/2023 is adjourned to 1/17/2024 at 10:00 a.m. in courtroom 520.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        December 11, 2023

**VIA ECF**
Hon. Philip M. Halpern,
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: Enlarged City School District of Middletown, et al. v.
    Pacific Employers Insurance Company, et al.,
    Civil Action No.: 7:22-cv-06391
    Our File #: 22-112

Dear Judge Halpern:

This firm represents Plaintiffs in the above-referenced action. We submit this letter-motion, pursuant to Your Honor's Individual Rules 1 (B) and (C), to request an adjournment of the pre-motion conference, currently scheduled for December 14, 2023. This request arises from a scheduling conflict that has arisen due to a re-scheduled deposition of a non-party witness in another litigation.

We have communicated this request to counsel for Defendants and they have consented to this request for an adjournment of the conference. This is the first time that any of the parties have sought adjournment of this conference. As the subject conference is a pre-motion conference in connection with each party's proposed motions for summary judgment, the adjournment does not effect any other scheduling in connection with this litigation.

We thank the Court in advance for its attention to this matter.

Respectfully submitted,

WEG AND MYERS, P.C.
*Attorney for Plaintiffs*

Joshua Mallin, Esq. (JLM 0474)